JS-6

**FILED**
MAR 14 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARUBENI-ITOCHU STEEL CANADA, INC., <br><br> Plaintiff, <br><br> v. <br><br> METALL UND ROHSTOFF SHIPPING BV, et al., <br><br> Defendants. | Case No. CV 05-8019-MLG <br><br> JUDGMENT |

IT IS ADJUDGED that the action is dismissed with prejudice as to all claims, counterclaims and third-party claims.

Dated: March 14, 2008

_____
Marc L. Goldman
United States Magistrate Judge